1  Sheila M. Salomon, SBN 164619
   Andrew L. Chang, SBN 222309
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, California 94104-2828
   Telephone:     415.544.1900
4  Facsimile:      415.392.0281
   ssalomon@shb.com
5  achang@shb.com

6  Attorneys for Plaintiffs
   ELEKTRA ENTERTAINMENT GROUP INC.; VIRGIN
7  RECORDS AMERICA, INC.; SONY BMG MUSIC
   ENTERTAINMENT; ARISTA RECORDS LLC; UMG
8  RECORDINGS, INC.; WARNER BROS. RECORDS INC.;
   CAPITOL RECORDS, INC.; ATLANTIC RECORDING
9  CORP.; AND MOTOWN RECORD COMPANY, L.P.

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 13  ELEKTRA ENTERTAINMENT GROUP INC.; a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and MOTOWN RECORD COMPANY, L.P. a California limited partnership,<br><br>           Plaintiffs,<br><br>     v.<br><br>DOES 1-3,<br><br>           Defendants. | Case No. C 05 3954 SC<br><br>**EX PARTE APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs hereby request that this court vacate the current case management conference scheduled for February 10, 2006 at 10:00 a.m. Plaintiffs' have filed a notice of dismissal of all defendants. There is, therefore, no case scheduling that needs to be done.

Dated: January 11, 2006                           Respectfully submitted,

                                                    SHOOK, HARDY & BACON L.L.P.

                                                  By:_____*/s/ Andrew L. Chang*_____
                                                            ANDREW L. CHANG

                                                  Attorneys for Plaintiffs
ELEKTRA ENTERTAINMENT GROUP, INC.; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; ATLANTIC RECORDING CORP.; AND MOTOWN RECORD COMPANY, L.P.

### [PROPOSED] ORDER

Plaintiffs have filed an Ex Parte Application To Vacate The Case Management Conference. Upon consideration of all the papers filed in connection therewith and good cause showing therefore, it is hereby ordered that the Ex Parte Application is GRANTED.

The initial scheduling conference currently scheduled for February 10, 2006 is vacated.

SO ORDERED.

DATED: __1/12/06_____              By: _____[signature]_____
                                                        Honorable Samuel Conti

### CASE DISMISSED

SC
USDJ